# Court of Appeals
# of the State of Georgia

ATLANTA,  June 30, 2025

*The Court of Appeals hereby passes the following order:*

## A25A1618. SHALAIRE JOHNSON v. BRITTANY JOHNSON.

Shalaire Johnson and Brittany Johnson are divorced parents of a minor child. On April 16, 2025, the trial court entered an order modifying Shalaire Johnson's child support obligation and finding him in contempt. Shalaire Johnson filed this direct appeal. We, however, lack jurisdiction.

Appeals from judgments or orders in domestic relations cases, including orders "holding or declining to hold persons in contempt," must be made by application for discretionary appeal. See OCGA § 5-6-35 (a) (2), (b); *Russo v. Manning*, 252 Ga. 155, 156 (312 SE2d 319) (1984) ("A judgment of contempt regarding a domestic relations decree is appealable only by application for discretionary appeal."). "Compliance with the discretionary appeals procedure is jurisdictional." *Hair Restoration Specialists v. State of Ga.*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021) (citation and punctuation omitted). Shalaire Johnson's failure to follow the discretionary appeal procedure deprives us of jurisdiction over this case, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,  06/30/2025*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ *, Clerk.*